UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN BROSNAN,

    Plaintiff,

    v.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al.,

    Defendants.
_____/

No. C 09-0401 PJH

**ORDER OF DISMISSAL**

Plaintiff having failed to file a proof of service showing service of the summons and complaint on defendants in accordance with Federal Rule of Civil Procedure 4(m), as ordered by the court at the show cause hearing on May 20, 2009, this action is hereby DISMISSED.

**IT IS SO ORDERED.**

Dated: June 2, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge